UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LENDINGCLUB BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　Defendant. | Case No. 23-CV-495 TWR (WVG)<br><br>**ORDER GRANTING NUNC PRO TUNC JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 3) |

Presently before the Court is the Parties' Joint Motion to Extend Time for Defendant LendingClub Bank, National Association to File Responsive Pleading (the "Joint Motion"). (ECF No. 3, "Mot.") Plaintiff filed his Complaint on March 19, 2023, (ECF No. 1), and appears to have served Defendant at some point thereafter,[1] (Mot. at 1). According to the Joint Motion, Defendant's responsive pleading is currently due on or before April 11, 2023. (*See id.*) The Joint Motion, filed on April 11, 2023, seeks an extension of Defendant's responsive pleading deadline to May 11, 2023, because

---

[1] Based on the responsive pleading deadline identified by the Parties, the Court infers that Plaintiff served Defendant with the Complaint and Summons on March 20, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i); *see also* Fed. R. Civ. P. 6(a)(1)(A). However, Plaintiff has not submitted proof of service to the Court as required by Federal Rule of Civil Procedure 4(*l*)(1). (*See generally* Docket.)

1  Defendant "requires additional time to investigate the claims in order to prepare a response
2  to the Complaint and [an extension will] permit the parties to explore possible early
3  settlement and resolution of the matter." (Mot. at 1.)  Good cause appearing, the Court
4  **GRANTS** the Joint Motion.  Defendant **SHALL RESPOND** to Plaintiff's Complaint <u>on
5  or before May 11, 2023</u>.

6      **IT IS SO ORDERED.**

7  Dated: April 12, 2023

<br>

Honorable Todd W. Robinson
United States District Judge